14338

LAWTON v. NEW YORK LIFE INSURANCE CO.

(186 S. E., 909)

Before RAMAGE, J., Barnwell, June, 1935.

232

233

*Mr. Edgar A. Brown,* for appellant,

*Messrs. Thomas, Lumpkin & Cain,* for respondent,

July 21, 1936.

The opinion of the Court was delivered by MR. JUSTICE BONHAM.

The order of Judge Ramage, sustaining the demurrer to the complaint, from which order the appeal comes to this

Court, correctly states the law governing the case, and is satisfactory to this Court.

The order appealed from is affirmed. Let it be reported.

MR. CHIEF JUSTICE STABLER and MESSRS. JUSTICES BAKER and FISHBURNE concur.

MR. JUSTICE CARTER did not participate.